■ In the Matter of Ronni Leizer et al., Appellants, v Board of Cooperative Educational Services, First Supervisory District, Suffolk County, Respondent. — In a proceeding pursuant to CPLR article 78, inter alia, to review a determination of respondent Board of Cooperative Educational Services, which reclassified the petitioners' employment status, and to compel their reinstatement to educational or pedagogical positions, petitioners appeal from a judgment of the Supreme Court, Suffolk County (Orgera, J.), entered

July 24, 1981, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. No opinion. Our determination is without prejudice to any rights which petitioners may acquire as a result of their proceeding commenced in the Supreme Court, Albany County (*Matter of Leizer v Ambach,* 91 AD2d 1117). Damiani, J. P., Gibbons, Thompson and Boyers, JJ., concur.